**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW HALL, on behalf of Plaintiff and the class members described herein, <br><br> Plaintiff, <br><br> v. <br><br> MINTO DEVELOPMENT CORPORATION; BENHTI ECONOMIC DEVELOPMENT CORPORATION; DOUGLAS WILLIAM ISAACSON; MINTO FINANCIAL d/b/a Minto Money; and JOHN DOES 1-20, <br><br> Defendants. | Case No.: 1:22-cv-06770 <br><br> Hon. Steven C. Seeger <br><br> Magistrate Judge Jeffrey Cole |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES

Plaintiff, Matthew Hall, and Defendants, Minto Development Corporation, Benhti Economic Development Corporation, Douglas William Isaacson, and Minto Financial d/b/a Minto Money, submit this notice to inform the Court that the parties have resolved this matter in principle and expect to file a stipulation of dismissal within the next sixty days. The parties respectfully request that the Court stay all pending deadlines.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew J. Goldstein* <br> Daniel A. Edelman <br> Tara L. Goodwin <br> Matthew J. Goldstein <br> EDELMAN COMBS LATTURNER <br>     & GOODWIN, LLC <br> 20 S. Clark St., Suite 1500 <br> Chicago, IL  60603 <br> (312) 739-4200 <br> courtecl@edcombs.com <br><br> *Counsel for Plaintiff* | */s/ Sarah A. Zielinski* (with consent) <br> Sarah A. Zielinski <br> Amy Starinieri Gilbert <br> McGuireWoods LLP <br> 77 West Wacker Drive, Suite 4100 <br> Chicago, IL 60601-1818 <br> szielinski@mcguirewoods.com <br> agilbert@mcguirewoods.com <br> Telephone: 312.849.8100 <br> Fax: 312.849.3690 <br><br> *Counsel for Defendants* |

1

**CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, certify that on Thursday, January 26, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6207473)
Matthew J. Goldstein (ARDC 6339033)
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com