**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW HALL,<br>on behalf of Plaintiff and the class members described herein,<br><br>       Plaintiff,<br><br>  v.<br><br>MINTO DEVELOPMENT CORPORATION;<br>BENHTI ECONOMIC DEVELOPMENT CORPORATION;<br>DOUGLAS WILLIAM ISAACSON;<br>MINTO FINANCIAL d/b/a Minto Money;<br>and JOHN DOES 1-20,<br><br>       Defendants. | Case No.: 1:22-cv-06770<br><br>Hon. Steven C. Seeger<br><br>Magistrate Judge Jeffrey Cole |

**STIPULATION OF DISMISSAL**

Plaintiff, Matthew Hall, and Defendants, Minto Development Corporation, Benhti Economic Development Corporation, Douglas William Isaacson, and Minto Financial d/b/a Minto Money, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice, and without prejudice with respect to the claims of the putative classes, with each party to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew J. Goldstein*<br>Daniel A. Edelman<br>Tara L. Goodwin<br>Matthew J. Goldstein<br>EDELMAN COMBS LATTURNER<br>  & GOODWIN, LLC<br>20 S. Clark St., Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200<br>courtecl@edcombs.com<br><br>*Counsel for Plaintiff* | */s/ Sarah A. Zielinski* (with consent)<br>Sarah A. Zielinski<br>Amy Starinieri Gilbert<br>McGuireWoods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>szielinski@mcguirewoods.com<br>agilbert@mcguirewoods.com<br>Telephone: 312.849.8100<br>Fax: 312.849.3690<br><br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

  I, Matthew J. Goldstein, certify that on Thursday, March 2, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                */s/ Matthew J. Goldstein*
                Matthew J. Goldstein

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6207473)
Matthew J. Goldstein (ARDC 6339033)
**EDELMAN, COMBS, LATTURNER**
  **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com